UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
In Re:

Joseph Basile

                                 Debtor(s)
--------------------------------------------------------X

Chapter   13

Case No.   1-26-41682-jmm

## LOSS MITIGATION REQUEST - BY DEBTOR

  I am a Debtor in this case. I hereby request to enter into the Loss Mitigation Program with  respect to *[Identify the property, loan and creditor(s) for which you are requesting loss mitigation]*:

9 Prague CT Staten Island, NY 10309

_____
*[Identify the Property]*

████2598

_____
*[Loan Number]*

Cenlar 425 Phillips Boulevard Ewing, NJ 08618 United States

_____
*[Creditor's Name and Address]*

### SIGNATURE

I understand that if the Court orders loss mitigation in this case, I will be expected to comply with the Loss Mitigation Procedures. I agree to comply with the Loss Mitigation Procedures, and I will participate in the Loss Mitigation Program in good faith. I understand that loss mitigation is voluntary for all parties, and that I am not required to enter into any agreement or settlement with any other party as part of entry into the Loss Mitigation Program. I also understand that no other party is required to enter into any agreement or settlement with me. I understand that **I am not required to request dismissal of this case** as part of any resolution or settlement that is offered or agreed to during the Loss Mitigation Period.

Sign: _____   Date: ____April 22_____, 20__26__

Print Name: ____Joseph Basile_____
*[First and Last Name]*

Telephone Number: _____
*[i.e. 999-999-9999]*

E-mail Address [if any]: _____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

In re:                              Joseph Basile                          Chapter   13

                                                                           Case No.   1-26-41682-jmm

                                                Debtor(s).

------------------------------------------------------------------ X

## LOSS-MITIGATION ORDER

☑  A Loss Mitigation Request[1] was filed by the debtor on *[Date]* _____,

☐  A Loss Mitigation Request was filed by a creditor on *[Date]* _____,

☐  The Court raised the possibility of loss mitigation, and the parties have had notice and an opportunity to object.

Upon the foregoing, it is hereby

**ORDERED**, that the following parties (the "Loss Mitigation Parties") are directed to participate in the Loss Mitigation Program:

1.    The Debtor

2    ___Joseph Basile_____, the Creditor with respect to
9    9 Prague CT Staten Island, NY 10309 _____ *[describe Loan and/or Property]*.

3.    *[Additional parties, if any]* _____

It is further **ORDERED**, that the Loss Mitigation Parties shall comply with the Loss Mitigation Procedures annexed to this Order; and it is further

**ORDERED**, that the Loss Mitigation Parties shall observe the following deadlines:

1.    Each Loss Mitigation Party shall designate contact persons and disclose contact information by *[suggested time is 7 days]*, unless this information has been previously provided. As part of this obligation, **a Creditor shall furnish each Loss Mitigation Party with written notice of the name, address and direct telephone number of the person who has full settlement authority**.

2.    Each Creditor that is a Loss Mitigation Party shall contact the Debtor within **14 days of the date of this Order**.

---

[1] All capitalized terms have the meanings defined in the Loss Mitigation Procedures.

3.      Each Loss Mitigation Party shall make its request for information and documents, if any, within **14 days of the date of this Order**.

4.      Each Loss Mitigation Party shall respond to a request for information and documents within **14 days after a request is made, or 7 days prior to the Loss Mitigation Session, whichever is earlier.**

5.      The Loss Mitigation Session shall be scheduled not later than _____ *[suggested time is within 35 days of the date of the order]*.

6.      The Loss Mitigation Period shall terminate on _____ *[suggested time is within 42 days of the date of the order]*, unless extended as provided in the Loss Mitigation Procedures.

It is further **ORDERED**, that a status conference will be held in this case on _____ *[suggested time is within 42 days of the date of the order]* (the "Status Conference").  The Loss Mitigation Parties shall appear at the Status Conference and provide the Court with an oral Status Report unless a written Status Report that is satisfactory to the Court has been filed not later than 7 days prior to the date of the Status Conference and requests that the Status Conference be adjourned or cancelled; and it is further

**ORDERED**, that at the Status Conference, the Court may consider a Settlement reached by the Loss Mitigation Parties, or may adjourn the Status Conference if necessary to allow for adequate notice of a request for approval of a Settlement; and it is further

**ORDERED**, that any matters that are currently pending between the Loss Mitigation Parties (such as motions or applications, and any objection, opposition or response thereto) are hereby adjourned to the date of the Status Conference to the extent those matters concern (1) relief from the automatic stay, (2) objection to the allowance of a proof of claim, (3) reduction, reclassification or avoidance of a lien, (4) valuation of a Loan or Property, or (5) objection to confirmation of a plan of reorganization; and it is further.

**ORDERED**, that the time for each Creditor that is a Loss Mitigation Party in this case to file an objection to a plan of reorganization in this case shall be extended until 14 days after the termination of the Loss Mitigation Period, including any extension of the Loss Mitigation Period.

Dated:

BY THE COURT

_____
*United States Bankruptcy Judge*

- 2 -