# FULL OPPOSITION BINDER

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF NEW YORK

In re:

JOSEPH ANTHONY BASILE

Case No.: 26-41682-206

Emergency Opposition Package to Motion to Dismiss

Prepared for Hearing

# TABLE OF CONTENTS

1. Notice of Opposition

2. Affidavit of Debtor

3. Mercy Letter to the Court

4. Proposed Order

# NOTICE OF OPPOSITION

Debtor opposes Trustee Motion to Dismiss and requests denial.

Debtor has income of approximately $11,000–$13,000 per month, can fund a plan, and is prepared to comply fully.

Prior dismissals were procedural, not bad faith.

Dismissal would cause irreparable harm including loss of home.

# AFFIDAVIT OF DEBTOR

I, Joseph Anthony Basile, state:

I have sufficient income to fund a Chapter 13 plan.

I acknowledge prior filings but they were due to procedural issues.

I am now ready to comply fully and proceed in good faith.

Servicers have not cooperated despite my ability to pay.

I respectfully request the Court allow this case to proceed.

# MERCY LETTER

I respectfully ask the Court for one opportunity to proceed.

I can pay and save my home.

I am not acting in bad faith.

Please allow this case to continue so I may demonstrate compliance.

# PROPOSED ORDER

ORDERED, that the Trustee Motion to Dismiss is denied;

ORDERED, that Debtor is granted time to cure deficiencies;

ORDERED, that the case shall proceed under Chapter 13.